# CIRCUIT COURT
## Of St. Louis County, Missouri
### SMALL CLAIMS COURT
*(Please Print Clearly)*

**Plaintiff(s):** U'Eea Cush-EL
**Address:** 2667 Farber Drive
**City/State/Zip:** Saint Louis Missouri 63136
**Telephone Number:** (314) 736-1875

**Case Number:** 19SL-SC00891
**Amount Claimed:** 5,000
**Court Date:** 11/20/19   **Time:** 1:30PM
**Division:** 38   **Day:**

**FILED**
SEP 04 2019
JOAN M. GILMER
CIRCUIT CLERK, ST. LOUIS COUNTY

**VS**

**Defendant(s):** Synchrony Bank Headquarters
**Address:** 170 W Election rd Suite 125
**City/State/Zip:** Draper UT 84020-6400
**Telephone Number:** 1(877) 379-4933

**Other Information:** DBA JC Penney

## PETITION

The Plaintiff(s) states he/she has a claim against the Defendant(s) in the amount of $ 5,000 plus court costs.

The claim arose on or about **January**, 2**017** as a result of the following events:

SYNCHRONY BANK HAS COMMITTED SEVERAL VIOLATIONS OF THE FCRA FAIR CREDIT REPORTING ACT THE FDCPA FAIR DEBT COLLECTION PRACTICES ACT DUE TO SYNCHRONY BANKS LACK OF RESPONSIBILITY AND RECKLESS CONDUCT THE PLAINTIFF SUFFERED ACTUAL DAMAGES, STATUTORY DAMAGES, AND PUNITIVE DAMAGES

The Plaintiff(s) states that the allegations in this petition are true and correct to the best of his/her knowledge, that he/she is not an assignee of this claim, and that he/she has not filed more than twelve other claims in Missouri small claims courts during the current calendar year. Plaintiff(s) understands that should he/she be successful in this action and obtain a judgment, and if defendant(s) does not appeal by Trial de Novo and this judgment becomes final, the plaintiff(s) is barred from commencing another action involving the same parties and issues. Plaintiff(s) understands that he/she is hereby waiving his/her right to jury trial on these issues in the Small Claims Court.

**Dated** September 4, 2019

*Signature of Plaintiff or Agent*

CCAC12   Rev. 08/18   WHITE- File   YELLOW- Defendant   PINK- Plaintiff