UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| U'EEA CUSH-EL, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:19 CV 2771 JMB |
| | ) |
| SYNCHRONY BANK HEADQUARTERS DBA: JC PENNEY,[1] | ) |
| | ) |
|     Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court sua sponte.

Plaintiff U'eea Cush-El ("Plaintiff) filed a petition in the 21st Judicial Circuit Court, St. Louis County, Missouri ("State Court") on September 4, 2019, asserting a claim against Defendant Synchrony Bank Headquarters ("Defendant") for alleged violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, *et. seq.* and Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et. seq.* (ECF No. 1-1 at 4) On October 14, 2019, Defendant removed the action to this Court. Thereafter, Defendant filed a Motion to Dismiss (ECF No. 7) Although Plaintiff has filed to file a timely response in opposition to the Motion to Dismiss, the Court will afford Plaintiff the opportunity to show cause why Defendant's motion should not be granted. Accordingly,

---

[1] Defendant Synchrony Bank was incorrectly named as Synchrony Bank Headquarters DBA: JC Penney in the petition.

1

**IT IS HEREBY ORDERED** that Plaintiff is to Show Cause, in writing and no later than December 20, 2019, why Defendant's Motion to Dismiss (ECF No. 7) should not be granted. Failure to respond might result in dismissal of this case without prejudice.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of November, 2019.